**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| APARTMENT ASSOCIATION OF METROPOLITAN PITTSBURGH, INC., | : | No. 107 WAL 2019 |
| | : | |
| | : | |
| Respondent | : | Petition for Allowance of Appeal from |
| | : | the **Published Opinion and Order** of |
| | : | the Commonwealth Court at No. 528 |
| v. | : | CD 2018, at 205 A.3d 418 (Pa. |
| | : | Cmwlth. 2019) entered on March 12, |
| | : | 2019, **affirming** the Order of the |
| THE CITY OF PITTSBURGH, | : | Allegheny County Court of Common |
| | : | Pleas at No. GD-16-000596 entered |
| Petitioner | : | on March 14, 2018 |

## ORDER

**PER CURIAM**

     **AND NOW**, this 9th day of September, 2019, the Petition for Allowance of Appeal is **GRANTED**, the Order of the Commonwealth Court is **VACATED**, and the matter is **REMANDED** for reconsideration in light of this Court's decision in *Pennsylvania Restaurant and Lodging Ass'n v. City of Pittsburgh*, ___ A.3d ___, 2019 WL 3216519 (Pa. 2019). The Commonwealth Court is directed to include in its review the sections of the Second Class City Code and the Pennsylvania Human Relations Act cited by the City.

     It is further ordered that the Request to Participate as amici curiae is **DENIED** as **MOOT**.